BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA  36104

2:17-cv-712-MHT-GMB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

BILL LIETZKE,

       PLAINTIFF,

VS.

CITY OF MONTGOMERY, ET AL,
KEVIN MURPHY,

       DEFENDANTS.

) VIOLATION OF FIRST AND FIFTH
  AMENDMENT RIGHTS
)
)
) CASE NO.
)

1. Jurisdiction founded on the existence of a federal question and amount in controversy.

2. The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

3. The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00

4. About or around November 9, 2016, through agent City of Montgomery officers, the City of Montgomery detained the Plaintiff without lawful privilege on South Lawrence Street at Monroe Street in Montgomery asserting that an unidentified black employee of a fast food restaurant "Burger King" alleged to the City of Montgomery that the Plaintiff was inside "Burger King."

5. Thereafter, the City of Montgomery released the Plaintiff on his own recognizance, resumed patrol, and without lawful privilege later returned to the Plaintiff on South Lawrence Street at Monroe Street.  Three female friends of the Plaintiff, Pam, Stacy, and Cathy witnessed the November 9, 2016 incident.

6. The Plaintiff catergorically denies any allegations of unlawful activities and demands the Defendants to disclose the identities of third parties involved.

7. The City of Montgomery precipitated said actions without lawful privilege therefor, abridging the Plaintiff's right of the people peaceably to assemble under the First Amendment, and abridging the Plaintiff's right to remain silent under the Fifth Amendment and plead the Fifth Amendment, of the United States Constitution.

8. As a proximate consequence of the Defendants' acts, the Plaintiff suffered: (1) Defamation of the Plaintiff's character (2) Constitutional rights violations (3) Plaintiff's mental anguish (4) Intentional infliction of emotional distress.

WHEREFORE, the Plaintiff demands that judgment is entered against the Defendants, City of Montgomery, Et Al for Punitive damages, Actual damages, and Compensatory damages of $1,000,000,000.00

SUBMITTED June 13, 2017

General Delivery
135 Catoma Street